U.S. DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA



RELATED DDJ

FREDERICK BROWN,
PLAINTIFF

V.

TWIN TOWER'S
CHEIF MEDICAL OFFICER,
DEFENDANT

CASE NO: 2:22-CV-1022-RGK-KS

SUBSECTION 42-1983

CIVIL

ON OR ABOUT 12/31-21, I WAS KNOWINGLY EXPOSED TO COVID-19 BY TWIN TOWER MEDICAL PERSONAL. MEDICAL OFFICALS ARE PLACING INMATES WHO ARE INFECTED WITH COVID-19 INTO GENERAL POPULATION. THEIS INFECTED INMATES HAVE CAUSED SIGNIFICANT AMOUNT OF PAIN AND SUFFERING BY INFECTING OTHERS IN G/P. IT'S THE MEDICAL STAFF RESPONSIBILITY TO SCREEN INCOMING INMATES INTO THE FACILITY BUT ARE FAILING TO PROVIDE PROTECTION TO FREDERICK BROWN A PRETRIAL DETAINEE. VIOLATING HIS 14TH - AMEND RIGHT; BY FAILING TO PROVIDE A SAFE SECURE ENVIRONMENT. PLAINTIFF FREDERICK BROWN NOT ONLY CONTRACTED COVID FROM AN INFECTED INMATE BUT WAS DENIED MEDICAL TREATMENT WHILE HOUSED IN TWIN TOWER CENTRAL FACILITY. All OF PLAINTIFF. FREDERICK BROWN, GRIVANCES HAVE GONE UNANSWERED AND INMATES ARE STILL CONTRACTING

1. COVID-19 FROM INFECTED INMATES WHO ARE
2. BEING PROCESSED WITHOUT BEING SCREENED.
3.
4.
5.            REMEDY REQUESTED
6.
7. I AM REQUESTING $10.000 DOLLARS FOR BEING
8. DENIED MY 14TH AMEND CONSTITUTIONAL
9. RIGHTS AS A PRETRIAL DETANEE, BY BEING
10. SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT
11. BY MEDICAL PERSONAL WHO HAVE PLACED
12. ME IN A LIFE THREATENING SITUATION WHERE
13. I CONTRACTED COVID-19 FROM A INFECTED
14. INMATE, WHO WAS PLACED INTO GENERAL
15. POPULATION AND IT WAS THE CHEIF MEDICAL
16. OFFICER OF THE TWIN TOWER CENTRAL
17. HOUSING FACILITY.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE AFOREMENTIONED IS TRUE.

EXECUTED ON 2-7-22.

_signature_
SIGNATURE

TRUST ACCOUNT INMATE FREDERICK BROWN HAS ___ ON HIS INMATE TRUST ACCOUNT.

_signature_
SIGNATURE

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
# INMATE GRIEVANCE FORM

See the back copy for instructions.
All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
*Solamente una queja por forma.*

**Is this grievance an emergency?**
*¿Es ésta queja una emergencia?*

[ ] YES*   [ ] NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

*Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.*

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| BROWN Frederick | 6224672 | TTCF | 262 C Pod | 12-31-21 |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

**GENERAL SERVICES**
- [x] Living conditions
- [ ] Classification
- [ ] Food
- [ ] Telephone
- [ ] Showers
- [ ] Visiting
- [ ] Property
- [ ] Mail
- [ ] Commissary/Account Balance
- [ ] Clothing/Linen/Bedding
- [ ] Educational/Vocational Programs
- [ ] Other (explain below)

**MEDICAL/MENTAL**
- [ ] Medical Services (Place in envelope)
- [ ] Mental Health (Place in envelope)
- [ ] Dental (Place in envelope)
- [ ] Americans with Disabilities Act (ADA)
- [ ] Other (explain below)

**STAFF**
- [ ] Custody Personnel
- [ ] Medical Staff
- [ ] Mental Health Staff
- [ ] Other (explain below)

*Optional (check only if applicable):*
- [ ] Use of force
- [ ] Retaliation
- [ ] Harassment
- [ ] Racial or identity profiling

Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information)

## PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| | | |

I am Housed in 262 C Pod and Have Been Placed into a life threatening situation where inmates are being Housed within the Housing unit without being tested for Covid 19 causing significant

*If needed, additional space is provided on the back of this page.*

[ ] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
[ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.

Mailing address _____ City _____ State ____ ZIP _____ Phone (___) _____

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X

---------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ----------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).
**FRONT PART 3 (PINK COPY)**

SH-J-420 Rev. 05/16    White – Facility    Yellow – Inmate copy at time of disposition for an emergency grievance    Pink – Inmate copy at time of submission

Frederick Brown BKN 6224672
TTCF. Terminal Annex
P.O. Box 86164
LA CA 90086-0164

LOS ANGELES CA 900
10 FEB 2022 PM 8 L

U.S. District Court For The
Central District Of
California
255 East Temple St
LA CA 90012

CV

90012-333432

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 14 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

LEGAL MAIL