UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-1022-RGK (KS)                                                            Date: March 9, 2022

Title   *Frederick Brown v. Twin Towers Chief Medical Officer*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:           Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On February 14, 2022, Plaintiff, a state pretrial detainee currently housed at the Twin Towers Correctional Facility in Los Angeles, California, and proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983 (the "Complaint"). (Dkt. No. 1.)  The Complaint sues the "Twin Towers Chief Medical Officer" for "knowingly" exposing Plaintiff to inmates infected with COVID-19 and refusing Plaintiff medical treatment.  (*Id.*)   Plaintiff demands $10,000 in compensatory damages.  (*Id.*)

At the outset, the Complaint does not describe what specific acts on the part of the Twin Towers Chief Medical Officer constitute unconstitutional conduct, and therefore, it violates Rule 8 of the Federal Rules of Civil Procedure and is subject to dismissal for failure to state a claim upon which relief can be granted.  *See* FED. R. CIV. P. 8; *see also Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (Rule 8 "demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation" and a complaint is insufficient under Rule 8 "if it tenders 'naked assertion[s]' devoid of 'further factual enhancement.'") (citation omitted).

Additionally, on February 15, 2021, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*.  (Dkt. No. 2.)  Three weeks have now passed, and Plaintiff has not responded to the Court's notification.  Accordingly, because Plaintiff has neither paid the filing fee nor obtained authorization to proceed without prepayment of the fee, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than March 30, 2022, why the action should not be dismissed.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-1022-RGK (KS)                                          Date: March 9, 2022

Title    *Frederick Brown v. Twin Towers Chief Medical Officer*

    To that end, the Clerk is directed to send Plaintiff a copy of the Central District's civil rights complaint form (CV-66) and a copy of the Central District's form Request to Proceed In Forma Pauperis with Declaration in Support (CV-60).  **To discharge this Order and proceed with his case, Plaintiff must either: (1) pay the $400 filing fee in full; or (2) file the completed forms, and the necessary documentation, with the Court on or before the March 30, 2022 deadline.**  Plaintiff is also strongly encouraged to use the Central District's form civil rights complaint to file an amended complaint that clearly specifies the number and nature of his claims for relief and the facts underpinning each claim.

    **Plaintiff's failure to timely comply with this Order will result in a recommendation of dismissal of this case.**

    **IT IS SO ORDERED**.

                                                                                                                   :

                                                                 **Initials of Preparer**   gr