JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDERICK BROWN, | ) | NO. CV 22-1022 RGK (KS) |
|     **Plaintiff,** | ) | |
|     v. | ) | |
| | ) | ORDER AND JUDGMENT OF DISMISSAL |
| TWIN TOWERS CHIEF MEDICAL OFFICER, | ) | |
| | ) | |
|     **Defendant.** | ) | |

On February 14, 2022, Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983 (the "Complaint"). (Dkt. No. 1.) The Complaint sues the "Twin Towers Chief Medical Officer" for "knowingly" exposing Plaintiff to inmates infected with COVID-19 and refusing Plaintiff medical treatment. (*Id.*) Plaintiff requests $10,000 in compensatory damages. (*Id.*)

On February 15, 2022, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*. (Dkt. No. 2.) On March 9, 2022, 22 days after the Court notified Plaintiff about the filing fee without a response from Plaintiff, the Court ordered Plaintiff to show cause, no later than March 30, 2022, why the action should not be dismissed for failure to pay the filing fee or obtain authorization to proceed without

prepayment of the fee ("OSC"). The Court also expressly warned Plaintiff that his failure to timely comply with the OSC "will result in a recommendation of dismissal of this case." (Dkt. No. 4.)

It has now been approximately two months since the Court notified Plaintiff that he had not paid the filing fee. (Dkt. No. 2.) To date, Plaintiff has not responded to the OSC, paid the filing fee, or requested to proceed *in forma pauperis*. In light of the foregoing, IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED without prejudice.

DATED: April 18, 2022

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE